In the Matter of JALAYA A.C., an Infant. NEW YORK FOUNDLING HOSPITAL, Respondent; DEIDRA J., Respondent; JAYQUIN JOSEPH C., Appellant. (And Other Proceedings.)

Submitted January 13, 2014; decided February 20, 2014

Motion for leave to appeal dismissed upon the ground that appellant Jayquin Joseph C., having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance.

HANNAH LIEBERMAN, Appellant, v ADAM LIEBERMAN, Respondent.

Submitted January 6, 2014; decided February 20, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JOHN MARSALA et al., Appellants, v CITY OF LONG BEACH et al., Respondents.

Decided February 20, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.